LAQUER, URBAN, CLIFFORD & HODGE LLP
Susan Graham Lovelace, State Bar No. 160913
Matthew T. Bechtel, State Bar No. 260450
225 South Lake Avenue, Suite 200
Pasadena, California 91101-3030
Telephone: (626) 449-1882
Facsimile: (626) 449-1958
Email: Bechtel@luch.com

JS-6

Counsel for Plaintiffs, Trustees of the Operating
Engineers Pension Trust, et al.

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| TRUSTEES OF THE SOUTHERN CALIFORNIA IBEW-NECA PENSION PLAN, et al., <br><br> Plaintiffs, <br><br> v. <br><br> MATIRA INDUSTRIAL, INC., a California corporation, <br><br> Defendant. | CASE NO.: SACV 09-01171 CJC (ANx) <br><br> **JUDGMENT** |

The Court having considered and approved the stipulation for entry of judgment submitted by and between defendant Matira Industrial, Inc., and plaintiffs Trustees of the Southern California IBEW-NECA Pension Plan, Trustees of the National Electrical Benefit Fund, Trustees of the Los Angeles County Electrical Educational and Training Trust Fund, Trustees of the Southern California IBEW-NECA Health Trust Fund, Trustees of the Southern California IBEW-NECA Labor-Management Cooperation Committee, Trustees of the National IBEW-NECA Labor-Management Cooperation Committee, Contract Compliance Fund, Los Angeles Electrical Workers Credit Union, and National Electrical Industry Fund, and for good cause shown,

///

///

1

1  IT IS HEREBY ORDERED, ADJUDGED AND DECREED that:

2  Plaintiffs Trustees of the Southern California IBEW-NECA Pension Plan, Trustees of the National Electrical Benefit Fund, Trustees of the Los Angeles County Electrical Educational and Training Trust Fund, Trustees of the Southern California IBEW-NECA Health Trust Fund, Trustees of the Southern California IBEW-NECA Labor-Management Cooperation Committee, Trustees of the National IBEW-NECA Labor-Management Cooperation Committee, Contract Compliance Fund, Los Angeles Electrical Workers Credit Union, and National Electrical Industry Fund shall recover from defendant Matira Industrial, Inc. the principal amount of $157,916.96, plus pre-judgment and post-judgment interest thereon at the rate of four percent (4%) per annum from April 15, 2010, until paid in full.

DATED: April 8, 2010

_____
UNITED STATES DISTRICT JUDGE